**STATE of Missouri, Respondent,**

v.

**Lance G. McMULLIN, Appellant.**

**No. WD 47772.**

Missouri Court of Appeals,
Western District.

March 1, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 3, 1994.

**466**

Gerald M. Handley, Handley Larson, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SMART, P.J., and LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM.

Lance G. McMullin appeals from a conviction for murder in the first degree, in violation of § 565.020.1, RSMo1986, in the death of Darrin Waddell. McMullin was sentenced to a term of life imprisonment without the possibility of probation or parole. The judgment of conviction is affirmed. Rule 30.-25(b).